AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Julio Cesar Alcala<br><br>*Defendant(s)* | Case No. EP-16-M-423-ATB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 29, 2016__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | an alien who has been excluded, deported and removed from the United States and who has not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Section 202(3), 202(4), and 557 was found in the United States |

This criminal complaint is based on these facts:

On January 29, 2016, the Defendant, Julio Cesar Alcala was encountered at the El Paso County Detention Facility by Officer Osvaldo Arroyo, who is assigned to the Criminal Alien Program in El Paso, Texas. Officer Arroyo identified himself as a Deportation Officer and questioned the Defendant as to his citizenship and immigration status.

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph A. Rangel, DO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 9, 2016

*Judge's Signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT
WESTERN DISTRICT OF TEXAS

Julio Cesar Alcala

February 9, 2016
FACTS (CONTINUED)

The Defendant readily admitted he was a citizen and national of Mexico without immigration documents allowing him to be or remain in the United States.

From statements made by the Defendant to the encountering Officer(s), it was determined that the Defendant is an alien illegally in the United States. The Defendant was advised of his rights with a statement of rights which he acknowledged and understood but refused to sign.

The Defendant was enrolled into the EAGLE/IDENT/IAFIS systems, with positive results indicating the Defendant has an immigration and criminal history.

Further immigration records checks revealed the defendant has not received the permission from the Attorney General of the United States or the Secretary of Homeland Security to apply for admission into the United States.

On February 08, 2016, the defendant was arrested and booked in to the El Paso County Detention Facility pending his initial appearance in the United States Magistrate Court.

IMMIGRATION HISTORY: A077 747 782

1- On September 29, 2000, the Defendant was ordered removed to Mexico, by an Immigration Judge in El Paso, Texas.
2- REMOVED TO MEXICO on September 30, 2000 through El Paso, Texas, via PDN.
3- ER issued September 02, 2006, at the Bridge of the Americas, El Paso, Texas and removed same day.
3- On July 16, 2007, the Defendant was issued a Reinstatement by the U.S Border Patrol in El Paso, Texas.

The Defendant's immigration record checks revealed that the Defendant was last removal from the United States to Mexico was on October 16, 2007 through El Paso, Texas at the Paso Del Norte Port of Entry.

CRIMINAL HISTORY: FBI# 786985PB8

1-ARRESTED OR RECEIVED 2007/07/15  SID- TX16002697
  AGENCY-U.S BORDER PATROL (TXINSLP00)
  AGENCY CASE-68979558
  CHARGE 1-ILLEGAL RE- ENTRY
  SENTENCE- 10/11/07; 3 MOS BOP, 12 MOS TSR)